# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139034

SERGIO TORREZ,

     Plaintiff-Appellant,

v

                                 SC: 139034
                                 CoA: 289624

DEPARTMENT OF CORRECTIONS,

     Defendant-Appellee.
_____

       On order of the Chief Justice, plaintiff-appellant having failed to pay the entry fee of $375.00 or provide a certificate of prisoner account in support of motion to waive fees, the Clerk of the Court is hereby directed to close this file.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2009

                        Clerk

jm